Cite as 2025 Ark. App. 10

# ARKANSAS COURT OF APPEALS
## DIVISION III
### No. CR-24-328

| | |
|---|---|
| MICHAEL PRESTON CARTER <br> APPELLANT <br><br> V. <br><br> STATE OF ARKANSAS <br> APPELLEE | Opinion Delivered January 15, 2025 <br><br> APPEAL FROM THE ASHLEY COUNTY CIRCUIT COURT [NO. 02CR-21-76] <br><br> HONORABLE ROBERT B. GIBSON III, JUDGE <br><br> AFFIRMED; MOTION TO WITHDRAW GRANTED |

## ROBERT J. GLADWIN, Judge

Appellant Michael Preston Carter ("Carter") appeals the Ashley County Circuit Court's order revoking his suspended imposition of sentence ("SIS") in case No. 02CR-21-76 and sentencing him to eighty-four months in the Arkansas Division of Correction ("ADC"). Carter's counsel filed a motion to withdraw and no-merit brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4-3(b) (2023), asserting that there is no merit to an appeal. Carter was provided a copy of his counsel's brief and motion, but he did not file any pro se points for reversal; thus, the State did not file a responsive brief.

This is a companion case to *Carter v. State*, 2025 Ark. App. 9, ___ S.W.3d ___, also handed down today. Thus, the relevant facts, arguments, and this court's conclusions are

set forth in the companion case and are incorporated herein. Accordingly, we affirm the revocation of Carter's SIS in case No. 02CR-21-76 and grant counsel's motion to withdraw.

Affirmed; motion to withdraw granted.

ABRAMSON and WOOD, JJ., agree.

*Vicki Lucas*, for appellant.

One brief only.